UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-2419-JJO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARLON ALEXI ZELAYA,

    Defendant.
_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on April 10, 2008, a hearing was held to determine whether defendant MARLON ALEXI ZELAYA should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this defendant as required. Therefore, it is hereby ordered that the defendant MARLON ALEXI ZELAYA be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(I), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by Complaint in the Southern District of Florida with knowingly and willfully delivering and causing to be delivered to a common carrier for transportation and shipment in interstate and foreign commerce to a person other than a licenced firearm importer, manufacturer, dealer or collector, a package or container containing a firearm without written notice to the carrier that such forearm was being transported and shipped, in violation of 18 U.S.C. §§ 922(e) and 924(a)(1)(D).

2. The weight of the evidence against the defendant is substantial. The government proffered that the defendant shipped 13 firearms out of the country, despite being given notice, via posted signs, that he was required to inform the carrier of the shipping of the above-said firearms.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant has limited ties to the United States. The defendant is a citizen of Honduras., The defendant is legally in the United States and is a permanent resident of the United States, however, the defendant owns a residence in Honduras, and has only lived at his local residence for three to four months. Most of the defendant's family resides in Honduras.

5. The Court specifically finds, that there are no conditions or combination of conditions which reasonably will assure the defendant's appearance as required. Based upon the above findings of fact, which were supported by a preponderance of the evidence, the Court has concluded that this defendant presents a risk of flight.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which

the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **10th** day of April, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Pretrial Services